4, 1909.) Action by Thomas J. King against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

KIPPLEY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September 29, 1909.) Action by Anna C. Kippley, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

KIRBY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Thomas Kirby against the City of New York. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed.

KIRSCHNER v. FOURTEENTH ST. STORE. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Joseph Kirschner against the Fourteenth Street Store. No opinion. Motion denied, with $10 costs. Settle order on notice.

KLEIN, Respondent, v. HAUFF, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Emanuel M. Klein against William A. Hauff, impleaded. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant have his appeal ready for argument at the October term. Order filed.

KLEINSTEIN, Respondent, v. GONSKY et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) In the matter of summary proceedings in an action by Hyman Kleinstein against Dora Gonsky and others. No opinion. Motion denied, on condition that the appellants perfect their appeal, and place the same upon the next calendar of this court, and pay to the respondent $10 costs within 10 days; otherwise, motion granted, with costs. See, also, 118 N. Y. Supp. 949.

KLINE, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Addie E. Kline against the City of Buffalo. No opinion. Judgment and order affirmed, with costs.

KNICKERBOCKER TRUST CO., Respondent, v. ALTMAYER, Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1909.) Action by the Knickerbocker Trust Company against Aaron R. Altmayer. B. F. Einstein, for appellant. J. T. Davies, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

KNICKERBOCKER TRUST CO., Appellant, v. TARRYTOWN, W. P. & M. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 12, 1909). Action by the Knickerbocker Trust Company, as trustee, against the Tarrytown, White Plains & Mamaroneck Railroad Company and others. No opinion. Motion for reargument and for leave to appeal to the Court of Appeals denied, with $10 costs. See, also, 117 N. Y. Supp. 871.

KOELLHOFFER, Respondent, v. HILLEBRAND et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Silverius Koellhoffer against Henry Hillebrand and others. No opinion. Order affirmed, with $10 costs and disbursements.

KOMINSKY, Appellant, v. FRANKLIN SOCIETY FOR HOME BUILDING & SAVINGS, Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Wolf Kominsky against the Franklin Society for Home Building & Savings. No opinion. Judgment of the Municipal Court affirmed, with costs.

KRAEMER, Appellant, v. WILLIAMS, Respondent. (Supreme Court, Appellate Division, Second Department. June 22, 1909.) Action by John P. Kraemer against Richard H. Williams, impleaded with Thomas Williams. No opinion. Motion for leave to appeal to the Court of Appeals granted. See, also, 115 N. Y. Supp. 721.

KRAKOWER et al., Respondents, v. SEL et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Tobias Krakower and another against Benjamin Sel and another.
PER CURIAM. Order reversed, without costs, and motion for leave to serve amended answer granted on payment of $30 trial fee, the case to retain its place on the calendar.
GAYNOR, J., dissents.

KRANICHFELT, Respondent, v. WALLACH et al., Appellants. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Mary Kranichfelt against Hyman Wallach and others. No opinion. Motion to dismiss appeal denied, on payment of $10 costs, and on payment of an additional $10 leave is given to respondent to apply to the court below to open her default. Order filed.

KRATT, Respondent, v. KRATT, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Katie Kratt against Charles Kratt. A. P. Wagener, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KRAUS, Appellant, v. BIRNBAUM, Respondent. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by